```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                        ORDER
    - v. -                      :
                                        23 Cr. 430 (___)
ROMAN STORM and                 :
ROMAN SEMENOV,
                                :

              Defendants.       :

- - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Thane Rehn and Benjamin Gianforti;

It is found that the Indictment in the above-captioned action, 23 Cr. 430, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed in light of the arrest of one of the defendants, it is therefore

ORDERED that the Indictment, 23 Cr. 430, in the above-captioned action be unsealed, and, upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated: New York, New York
       August 23, 2023

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE