CLOSED,BOND

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
### CRIMINAL DOCKET FOR CASE #: 3:23−mj−05316−DWC−1

| | |
|---|---|
| Case title: USA v. Storm | Date Filed: 08/23/2023 |
| Other court case number: 23−CRIM−430 Southern District of New York | Date Terminated: 08/23/2023 |

Assigned to: Judge David W. Christel

**Defendant (1)**

**Roman Storm**  
*TERMINATED: 08/23/2023*

represented by **Todd Maybrown**  
ALLEN HANSEN MAYBROWN & OFFENBECHER, PS  
600 UNIVERSITY ST  
STE 3020  
SEATTLE, WA 98101  
206−447−9681  
Fax: 206−447−0839  
Email: todd@ahmlawyers.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1956(h) − Conspiracy to | |

Commit Money Laundering;
18:371 and 1960 − Conspiracy to
Operate an Unlicensed Money
Transmitting Business; 50:1705 −
Conspiracy to Violate the
International Emergency
Economic Powers Act

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Marci L. Ellsworth**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101−1271<br>253−428−3819<br>Email: marci.ellsworth@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/23/2023 | 1 | | CHARGING DOCUMENT RECEIVED FROM OTHER COURT (Indictment and warrant) as to Roman Storm (Attachments: # 1 Warrant)(KEB) (Entered: 08/23/2023) |
| 08/23/2023 | | | Arrest of Roman Storm on 8/23/2023. (KEB) (Entered: 08/23/2023) |
| 08/23/2023 | 2 | | Minute Entry for proceedings held before Judge David W. Christel− CRD: *Kim Brye*; AUSA: *Marci Ellsworth*; Def Cnsl: *Todd Maybrown*; PTS: *Samantha Kerwin*; Time of Hearing: *2:30 PM*; Courtroom: *D*; Session #: *TAC230823*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Roman Storm held on 8/23/2023. Defendant prsesent in−custody with retained counsel Todd Maybrown. Parties advised of Due Process Protection Act. Defendant advised of rights and charges. Defendant files Waiver of Rule 5(c)(3)(D) Hearings. Order of Transfer signed. Defendant placed on bond. Government notes that passports seized by the FBI will be delivered to the U.S. District Court in the Southern District of New York. (KEB) (Entered: 08/23/2023) |
| 08/23/2023 | 3 | | The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. By Judge David W. Christel. *(No.pdf image attached)* (KEB) (Entered: 08/23/2023) |
| 08/23/2023 | 4 | | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to Southern District of New York as to Roman Storm by Judge David W. Christel. (cc: PTS, USMO) (KEB) (Entered: 08/23/2023) |

| 08/23/2023 | 5 | | Appearance Bond Entered as to Roman Storm (1) PTS bond with standard and special conditions. (cc: PTS/USPO/USMO) (KEB) (Entered: 08/23/2023) |
| 08/25/2023 | 8 | | LETTER from WD/WA regarding Rule 5 Transfer as to defendant Roman Storm (KEB) (Entered: 08/25/2023) |

|||
|---|---|
| | MAGISTRATE JUDGE |

FILED ____ LODGED
____ RECEIVED

AUG 2 2 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:23-mj-05316-DWC |
| ) | |
| Plaintiff, ) | Charging District's Case No. |
| ) | 23-CRIM-430 |
| v. ) | |
| ) | WAIVER OF RULE 5(c)(3)(D) HEARING |
| ROMAN STORM, ) | AND ORDER OF TRANSFER |
| ) | |
| Defendant. ) | |

    I, Roman Storm, have appeared before a United States Magistrate Judge in the Western District of Washington, and understand there is an indictment, information, complaint, or warrant pending in another district, the Southern District of New York. I have been informed of the nature of the proceeding in the other district and of my rights:

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

    a. the appointment of counsel at no cost if I am unable to afford counsel; and

    b. retain counsel of choice;

(2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am the person named in the indictment, information, complaint, or warrant;

(3) **Warrant Production:** I have a right to the production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 1

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

    a. <u>Personal Recognizance.</u> I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

    b. <u>Least Restrictive Conditions.</u> I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

    c. <u>Detention Hearing.</u> If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

    an identity hearing and production of the warrant.

    a preliminary hearing in this district.

    a detention hearing in this district.

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 2

I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this  23  day of August, 2023.

_____                _____
Defense Counsel                                                    Defendant

**ORDER OF TRANSFER**

Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the Southern District of New York. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this  23  day of  August , 20 23 .

_____
UNITED STATES MAGISTRATE JUDGE

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 3




# United States District Court
## Western District of Washington

UNITED STATES OF AMERICA,
vs.
**Roman Storm**

**APPEARANCE BOND**
**CASE No: MJ23-5316-DWC**

FILED _____ LODGED _____
RECEIVED
AUG 2 2 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 40 Foley Square, New York, New York; Courtroom 618*, on Wednesday, September 6, 2023 at 11:30 AM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a licensed and duly-qualified physician. If supervised by Pretrial Services, all prescriptions for controlled substances must be approved by the pretrial services officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services at United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Travel is restricted to Western District of Washington, as well as the Southern District of New York and the Eastern District of New York for Court purposes only, and the Central District of California for legal purposes only, or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.
- The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

Roman Storm

MJ23-5316-DWC

- You must disclose all cryptocurrency accounts to pretrial services. You may not transfer or alter any cryptocurrency unless related to the business "ShultzPrime Solutions."

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _[signature]_  
Signature

**August 23, 2023**  
Date Signed

**Auburn, Washington**  
City, State of Residence

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**August 23, 2023**  
Date Signed

_[signature]_  
David Christel  
UNITED STATES CHIEF MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*



# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy Clerk

August 25, 2023

**CLERK, US DISTRICT COURT**
Southern District of New York

CriminalTransfer@nysd.uscourts.gov

Re: Roman Storm

Your No: 23-CRIM-430
Our No: 3:23-MJ-05316-DWC-01

Dear Clerk

An Order of Transfer was entered on 08/22/2023, transferring the above captioned case to your court pursuant to Rule 5. The defendant was released on bond and directed to appear 9/6/2023 at 11:30 AM in your district. Attached you will find a PDF image of our *Internal* Docket Sheet and **all** documents contained in the Western District of Washington Court File.

Please acknowledge receipt by returning a stamped copy of this letter to me at Kim_Brye@wawd.uscourts.gov.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Kim Brye
Deputy Clerk

Enc: PDF file, financial

50