| | |
|---|---|
| DOCKET No. 23-cr-00430-KPF | DEFENDANT Roman Storm |
| AUSA Nathan Martin Rehn | DEF.'S COUNSEL Brian Klein |
| | ☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY |
| ☐ n/a                    INTERPRETER NEEDED | |
| | ☐ DEFENDANT WAIVES PRETRIAL REPORT |

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.     DATE OF ARREST _____     ☐ VOL. SURR.
                                                          TIME OF ARREST _____     ☐ ON WRIT
☐ Other: _____                    TIME OF PRESENTMENT ____  On federal transfer

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $2,000,000.00    PRB  ☑ 1    FRP
☑ SECURED BY $_____ CASH/PROPERTY: 16738 Southeast 328th Place, Auburn, WA 98092
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ WDWA & CDCA for legal purposes only (SDNY/EDNY/DNJ for court and legal purposes)
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES
☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 9/15/2023

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- No contact with co-defendants, victims, or witnesses unless in the presence of counsel, with the exception of Marina Evteshina, in connection with the Shulz Prime Solutions, Peppersec Inc., and/or any legal defense fund in connection with this case;
- Not open any new bank accounts, lines of credit, cryptocurrency accounts, or loans without permission from Pretrial Services;
- Must disclose general information about cryptocurrency accounts held to Pretrial Services and may not transfer or alter any cryptocurrency unless related to the business "Shultz Prime Solutions" or with prior approval of Pretrial Services

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 9/6/2023        ☐ ON DEFENDANT'S CONSENT

                                          _____
DATE: 9/6/2023                            UNITED STATES DISTRICT JUDGE