

**U.S. Department of Justice**

Justice Management Division

*Security and Emergency Planning Staff*

*Washington, D.C. 20530*

September 8, 2023

The Honorable Katherine Polk Failla
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York   10007



RE:   *United States v. Roman Storm and Roman Semenov* (no. 23-cr-430)

Dear Judge Failla:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Mr. Daniel O. Hartenstine, Supervisory Security Specialist, for the position of Classified Information Security Officer in the above-captioned case.  I also recommend Security Specialists Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate Classified Information Security Officers. I certify that the above-named individuals, all of whom are employees of the Litigation Security Group, retain the required security clearance for the category of classified information involved in this litigation.  I also affirm that they maintain the requisite competence and qualifications to perform security-related functions.  Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties outlined in the above-cited procedures.

If you have any questions, please contact me or Christine Gunning, Deputy Department Security Officer, on (202) 514-2094.

Respectfully submitted,

James L. Dunlap
Department Security Officer

Application GRANTED.

Dated:    September 8, 2023
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE