# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cr-430-KPF |
| Roman Storm | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roman Storm.

Date: 09/08/2023

/s/ Brian E. Klein
*Attorney's signature*

Brian E. Klein
*Printed name and bar number*

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
*Address*

bklein@waymakerlaw.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7850
*FAX number*