

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Roman Storm*, 23 Cr. 430 (KPF)

Dear Judge Failla:

      The Government respectfully requests, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, that the Court enter the enclosed proposed protective order to govern discovery in this matter, for the reasons set forth in the proposed order. Counsel for the above-referenced defendant has consented to this proposed order, which has been executed by the parties.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

      By:   /s/ Thane Rehn
      Thane Rehn
      Assistant United States Attorney
      (212) 637-2354

cc:    Defense counsel (via ECF)

```
Application GRANTED.  The Court will separately enter the parties'
protective order.

The Clerk of Court is directed to terminate the pending motion at
docket number 10.

Dated:    September 11, 2023          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE