# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America )<br>*Plaintiff* )<br>v. )<br>Roman Storm )<br>*Defendant* ) | Case No. 1:23-cr-430-KPF |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roman Storm .

Date: 09/11/2023

/s/ Kevin M. Casey
*Attorney's signature*

Kevin M. Casey
*Printed name and bar number*

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
*Address*

kcasey@waymakerlaw.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7850
*FAX number*