UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROMAN STORM and
ROMAN SEMENOV,

                Defendants.

NOTICE OF APPEARANCE
AND REQUEST FOR
ELECTRONIC NOTIFICATION

23 Cr. 430

To:    Clerk of the Court and
        All Parties of Record

PLEASE TAKE NOTICE that the undersigned attorney is admitted or otherwise authorized to practice in this Court, appears as counsel for the United States of America in the above-captioned case, and respectfully requests receipt of all notices of electronic filing transmitted in the case.

Dated:  September 26, 2023
           White Plains, New York

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

                        By: _/s/ Ben Arad_
                              Ben Arad
                              Assistant United States Attorney
                              50 Main Street
                              White Plains, New York 10606
                              (914) 993-1907
                              ben.arad@usdoj.gov