UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROMAN STORM, ROMAN SEMENOV,<br><br>Defendants. | 23 Cr. 0430 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on November 30, 2023, the parties are directed to comply with the following briefing schedule: Defendants' pre-trial motions shall be due on **March 29, 2024**. The Government shall submit its opposition on or before **April 26, 2024**. The Defendants shall submit their reply, if any, on or before **May 17, 2024**. The Court will hear oral argument in this matter on **June 25, 2024, at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any amicus briefs in support of Defendants' motion are due on or before **April 5, 2024**, and shall not exceed 20 pages. Any amicus briefs in support of the Government's opposition are due on or before **May 3, 2024**, and shall not exceed 20 pages.

Further, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **September 23, 2024**, at **9:00 a.m.**;

- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **August 26, 2024**;

- Any opposition papers to motions in limine will be due **September 2, 2024**; and

- The final-pretrial conference will be scheduled for **September 9, 2024, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Government's disclosure of material under 18 U.S.C. § 3500 will be governed by the schedule set forth at the conference.

SO ORDERED.

Dated: December 5, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge