UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
          Plaintiff,

-against-

ROMAN STORM
          Defendant.

23 cr 430 (KPF)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Keri Curtis Axel, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: Keri Curtis Axel
Firm Name: WAYMAKER LLP
Address: 515 S. Flower Street, Suite 3500
City / State / Zip: Los Angeles, CA 90071
Telephone / Fax: (424) 652-7800

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Roman Storm in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket number 20.

Dated: February 15, 2024
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE