UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 23 Cr. 430 (KPF) |
| Plaintiff, | Oral Argument: June 25, 2024 |
| -against- | |
| ROMAN STORM, ET AL., | |
| Defendant. | |

# NOTICE OF ROMAN STORM'S MOTION TO SUPPRESS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law (including its Exhibit and two Affidavits), and on the records of the above-captioned case, defendant Roman Storm, through his counsel, respectfully moves the Court to suppress evidence seized pursuant to the search warrant of his residence, and/or for other appropriate relief to address unconstitutional aspects of the warrant, as ordered by the Court.

Dated: March 29, 2024

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Keri Curtis Axel
Kevin M. Casey
Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Roman Storm*