UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> ROMAN STORM, ET AL., <br><br> Defendant. | Case No.: 23 Cr. 430 (KPF) <br><br> **Roman Storm's Affidavit In Support of Motion to Suppress** |

I, Roman Storm, declare under penalty of perjury and pursuant to 28 United States Code, Section 1746, that the following is true and correct:

1. I am a defendant in the above-captioned matter.

2. Around April 2023, I purchased a single-family residence home located at ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ("Auburn Home").

3. Since approximately May 2023, I have resided in my Auburn Home.

4. At approximately 6:00 a.m. on August 23, 2023, I woke up to FBI SWAT agents flashing red and blue lights, chirping their sirens, and making an announcement over a PA system. In response, I opened my bedroom door and stepped outside my Auburn Home. I informed the agents that my daughter was present, and the agents carried her out to me.

5. After the agents removed us from my Auburn Home, the agents stormed it to execute a search warrant. They trampled plants, broke blinds, and threw items everywhere.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and correct to the best of my knowledge and belief.

Executed on this 29th day of March, 2024, in Auburn Washington.

_____
Roman Storm