UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 23 Cr. 430 (KPF) |
| Plaintiff, | Oral Argument: June 25, 2024 |
| -against- | |
| ROMAN STORM, ET AL., | |
| Defendant. | |

# NOTICE OF ROMAN STORM'S
# OMNIBUS MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and records of the above-captioned case, defendant Roman Storm, through his counsel, respectfully moves the Court to dismiss each of the Indictment's counts on various grounds pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v) for failure to state offenses.

Dated: March 29, 2024

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Keri Curtis Axel
Kevin M. Casey
Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Roman Storm*