

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Roman Storm*
           **23 Cr. 430 (KPF)**

Dear Judge Failla:

    The Government respectfully writes in the above-captioned matter to notify the Court and counsel for the defendants that the undersigned today submitted, via the Classified Information Security Officer, a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

                              Very truly yours,

                              DAMIAN WILLIAMS
                            United States Attorney

            By:  */s/ Thane Rehn*
                    Thane Rehn
                    Ben Arad
                    Assistant United States Attorneys
                    (212) 637-2354
                    (914) 993-1907