AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-CR-430 (KPF) |
| Roman Storm | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae: Coin Center.

Date: 04/03/2024

/s/Daniel M. Vitagliano
*Attorney's signature*

Daniel M. Vitagliano 5856703

*Printed name and bar number*
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

*Address*

dvitagliano@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*