UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

ROMAN STORM and ROMAN SEMENOV,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Hon. Katherine Polk Failla

No. 1:23-cr-00430-KPF

# **ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Stephanie Brooker for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia; and that her contact information is as follows:

>Stephanie Brooker
>GIBSON, DUNN & CRUTCHER LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5306
>Tel: (202) 887-3502
>Fax: (202) 530-4216
>Email: sbrooker@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *amicus curiae* the Blockchain Association in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

The Clerk of Court is directed to terminate the pending motion at docket number 44.

Dated:   April 8, 2024         SO ORDERED.
         New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE