UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
UNITED STATES OF AMERICA, :
: Hon. Katherine Polk Failla
Plaintiff, :
: No. 1:23-cr-00430-KPF
v. :
:
ROMAN STORM and ROMAN SEMENOV, :
:
Defendants. :
------------------------------------ x

# **ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Matt Gregory for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the District of Columbia and the State of Virginia; and that his contact information is as follows:

> Matt Gregory
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.
> Washington, D.C. 20036-5306
> Tel: (202) 887-3635
> Fax: (202) 831-6088
> Email: mgregory@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *amicus curiae* the Blockchain Association in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket number 48.

Dated:   April 15, 2024            SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE