

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Roman Storm*
             23 Cr. 430 (KPF)

**MEMO ENDORSED**

Dear Judge Failla:

    The Government respectfully submits this letter regarding scheduling of the hearing on the pretrial motions in this case, which is currently scheduled for June 25, 2024, at 11:00 a.m. The Government's counsel has a scheduling conflict for that date. The parties have conferred and agreed to request that the hearing be adjourned to one of the following dates: July 9-12, 2024. The parties' preference is for the hearing to take place on July 9, 10, or 11, 2024, if any of those dates work for the Court, but the parties can also be available on July 12, 2024. Both parties consent to this request.

    In addition, the defense has requested that the filing date for its reply briefing on the pretrial motions, which is currently due on May 17, 2024, be adjourned to May 24, 2024. The Government consents to that request.

                         Very truly yours,

                         DAMIAN WILLIAMS
                         United States Attorney

By: _____
      Thane Rehn
      Ben Arad
      Benjamin A. Gianforti
      Assistant United States Attorneys
      (212) 637-2354
      (914) 993-1907

Application GRANTED.  The reply brief shall be submitted on or before **May 24, 2024**.  The hearing shall be ADJOURNED to **July 12, 2024**, at **10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 54.

Dated:    May 16, 2024            SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE