UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   -v.-<br><br>ROMAN STORM and ROMAN SEMENOV,<br><br>      Defendants. | 23 Cr. 430 (KPF)<br><br>**REVISED SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

  As discussed at the parties' conference with the Court in this matter on July 12, 2024, the parties are directed to comply with the following trial schedule:

- Trial will be set to begin on **December 2, 2024**, at **9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **November 4, 2024**;

- Any opposition papers to motions *in limine* will be due **November 11, 2024**; and

- The final-pretrial conference will be scheduled for **November 19, 2024**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

  The Clerk of Court is directed to terminate the pending motion at docket number 64.

SO ORDERED.

Dated: July 15, 2024
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge