```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
                    Plaintiff,              :   Hon. Katherine Polk Failla
                                            :
        v.                                  :   No. 1:23-cr-00430-KPF
                                            :
ROMAN STORM and ROMAN SEMENOV,              :
                                            :
                    Defendants.             :
                                            :
----------------------------------------------------------x
```

# ORDER GRANTING WITHDRAW AS COUNSEL

Upon the Notice by Counsel for *Amicus Curiae* the Blockchain Association and the accompanying Declaration of Tessa Gellerson,

IT IS HEREBY ORDERED that the noticed request to withdraw Tessa Gellerson as counsel for the Blockchain Association is granted, and the appearance of Ms. Gellerson is withdrawn as of the date of this Order.

```
Application GRANTED.  The Court wishes Ms. Gellerson the best in her
future endeavors.

The Clerk of Court is directed to terminate the pending motion at docket
entry 71, and to terminate Ms. Gellerson from the docket.

Dated:    August 9, 2024            SO ORDERED.
          New York, New York

                                    [signature: Katherine Polk Failla]

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```