UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America

                 Plaintiff,

-against-

Roman Storm and Roman Semenov

                 Defendant.
-------------------------------------------------------

Case No. 1:23-cr-00430-KPF

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Matt Gregory_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: N/A     My State Bar Number is 1033813 (D.C.)

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Gibson, Dunn & Crutcher LLP
                     FIRM ADDRESS: 1050 Connecticut Ave., NW, Washington D.C. 20036
                     FIRM TELEPHONE NUMBER: 202.887.3635
                     FIRM FAX NUMBER: 202.831.6088

NEW FIRM:     FIRM NAME: Gibson, Dunn & Crutcher LLP
                     FIRM ADDRESS: 1700 M Street, NW, Washington D.C. 20036
                     FIRM TELEPHONE NUMBER: 202.887.3635
                     FIRM FAX NUMBER: 202.831.6088

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 12, 2024                 /s/ Matt Gregory_____
                                                   ATTORNEY'S SIGNATURE