UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America

                    Plaintiff,

Case No. 1:23-cr-00430-KPF

-against-

Roman Storm and Roman Semenov   Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Stephanie Brooker
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __N/A_____ My State Bar Number is __475321 (D.C.)__

I am,

[ ] An attorney
[ ] A Government Agency attorney
[X] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Gibson, Dunn & Crutcher LLP
                     FIRM ADDRESS: 1050 Connecticut Ave., N.W., Washington D.C. 20036
                     FIRM TELEPHONE NUMBER: 202.887.3502
                     FIRM FAX NUMBER: 202.530.4216

NEW FIRM:     FIRM NAME: Gibson, Dunn & Crutcher LLP
                     FIRM ADDRESS: 1700 M Street, N.W., Washington D.C. 20036
                     FIRM TELEPHONE NUMBER: 202.887.3502
                     FIRM FAX NUMBER: 202.530.4216

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 12, 2024

                                              /s/ Stephanie Brooker
                                            _____
                                            ATTORNEY'S SIGNATURE