

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

September 19, 2024

Brian E. Klein
Direct (424) 652-7814
bklein@waymakerlaw.com

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re:** **United States v. Roman Storm**
**23 Cr. 430 (KPF)**

Dear Judge Failla:

  We write on behalf of our client, Roman Storm, regarding the government's 10-page letter motion seeking to compel certain pretrial disclosures, which was filed on September 18, 2024. (Dkt. 79.) The defense is reviewing the government's letter and needs time to prepare and file a response. The defense respectfully requests that the Court permit it to file its response on September 25, 2014.

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Keri Curtis Axel
Kevin M. Casey
Waymaker LLP

-and-

David E. Patton
Hecker Fink LLP

*Attorneys for Roman Storm*

Application GRANTED. Defendant shall file his response to the Government's letter motion (Dkt. #79) on or before **September 25, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 80.

Dated:    September 19, 2024          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE