# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand twenty-four.

Before:     Beth Robinson,
                *Circuit Judge.*

_____

Roman Storm, AKA Sealed Defendant 1,

    Petitioner,

v.

United States of America,

    Respondent,

_____

**ORDER**

Docket No. 24-2742

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2024

Petitioner Roman Storm moves for a stay of the district court's order entered on October 10, 2024, pending this Court's determination of his mandamus petition. He also requests expedited review of his mandamus petition.

IT IS HEREBY ORDERED that the motion is granted to the following extent. Storm's mandamus petition is REFERRED to the next available three-judge motions panel. The Court grants a temporary stay of the district court's October 10, 2024 order pending decision by the motions panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/29/2024