

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

November 18, 2024

**BY ECF & EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    *United States v. Roman Storm*, S1 23 Cr. 430 (KPF)

Dear Judge Failla:

The Government writes respectfully to request that the Court schedule an arraignment of the defendant Roman Storm on the above-listed superseding indictment. The defendant has requested that the arraignment be scheduled on December 9, 2024, and the Government is available on that date.

On November 1, 2024, the Court entered an order excluding time under the Speedy Trial Act through April 14, 2025, based on its finding that the ends of justice served by continuing the trial to that date outweighed the best interest of the public and the defendant in a speedy trial. That exclusion of time applies to the charges contained in the superseding indictment, because "exclusions [of time] granted under the original indictment apply to charges carried over in a superseding indictment." *United States v. Kelly*, 45 F.3d 45, 48 (2d Cir. 1995); *see also United States v. Roman*, 822 F.2d 261, 264 (2d Cir. 1987). However, in an abundance of caution, the Government requests that the Court enter an order excluding time from today until the date the Court schedules the arraignment on the superseding indictment. The same reasons that warranted the Court's prior order excluding time apply, and in addition, the time from today until the proposed arraignment date on December 9, 2024, is warranted to accommodate the schedule of the defendant and his counsel. The Government has conferred with defense counsel, who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Benjamin A. Gianforti
Thane Rehn
Ben Arad
Assistant United States Attorneys
(212) 637-2354

Kevin Mosley
Special Assistant United States Attorney


cc: Brian Klein, Esq., Keri Axel, Esq., & David Patton, Esq. (by ECF & email)


Application GRANTED.  Mr. Storm's arraignment on the superseding indictment
shall take place on **December 9, 2024**, at **3:00 p.m.**, in Courtroom 618 of the
Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are reminded that on November 1, 2024, the Court entered an
order excluding time under the Speedy Trial Act through April 14, 2025.

Dated:    November 18, 2024          SO ORDERED.
          New York, New York


                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE