

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
38th Floor
New York, New York 10278

March 24, 2025

**BY ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Roman Storm*
              23 Cr. 430 (KPF)

Dear Judge Failla:

    The Government respectfully writes to seek the exclusion of time under the Speedy Trial Act from April 14, 2025, the date through which time is currently excluded, through and including July 14, 2025, the new trial date in this matter. The Government seeks the exclusion of speedy trial time to allow the parties to prepare for trial, including through pretrial motion practice. Such an exclusion would serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The defense does not oppose this exclusion.

    Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        MATTHEW PODOLSKY
                                        Acting United States Attorney

                      By:  _____
                                        Benjamin A. Gianforti
                                        Thane Rehn
                                        Ben Arad
                                        Assistant United States Attorneys
                                        (212) 637-2490
                                        (212) 637-2354
                                        (914) 993-1907

                                        Kevin Mosley
                                        Special Assistant United States Attorney