

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38ᵗʰ Floor*
*New York, New York 10278*

March 24, 2025

**BY ECF & EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

╔══════════════════════╗
║ **MEMO ENDORSED** ║
╚══════════════════════╝

  Re:  ***United States v. Roman Storm***
      **23 Cr. 430 (KPF)**

Dear Judge Failla:

  The Government respectfully writes to seek the exclusion of time under the Speedy Trial Act from April 14, 2025, the date through which time is currently excluded, through and including July 14, 2025, the new trial date in this matter. The Government seeks the exclusion of speedy trial time to allow the parties to prepare for trial, including through pretrial motion practice. Such an exclusion would serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The defense does not oppose this exclusion.

  Thank you for your consideration of this matter.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

    By: _____
        Benjamin A. Gianforti
        Thane Rehn
        Ben Arad
        Assistant United States Attorneys
        (212) 637-2490
        (212) 637-2354
        (914) 993-1907

        Kevin Mosley
        Special Assistant United States Attorney

Application GRANTED.  Time is excluded in the interest of justice from **April 14, 2025,** through **July 14, 2025,** so that the parties may prepare for trial, including in particular the lengthy and complex pretrial submissions that are contemplated.  The Clerk of Court is directed to terminate the pending motion at docket entry 141.

Dated:      March 25, 2025                SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE