

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

June 12, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

<u>*Via By ECF*</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    <u>**United States v. Roman Storm**</u>
       **23 Cr. 430 (KPF)**

Dear Jude Failla:

    We write on behalf of our client Roman Storm to respectfully request that this Court grant a brief continuance of the deadline to file oppositions to the motions *in limine* and Daubert motions from June 16, 2025 to June 18, 2025. Mr. Storm does not seek to extend or change any other deadlines.

    This is the second extension request. The first, which was unopposed by the government, occurred during the May 30, 2025 hearing. The defense asked this Court to move: (1) the motion *in limine* and Daubert motion deadline from June 4, 2025 to June 6, 2025; and (2) the opposition deadline from June 13, 2025, to June 16, 2025, which this Court granted. (5/30/25 Tr. at 23-24.)

    The defense has been diligently preparing oppositions; however, the government's motions are extensive and involve numerous, complex issues. (S*ee* Dkts. 157, 159.) The government's motions *in limine* are combined in one filing that is over 60 pages (not including exhibits) and raises over 20 distinct issues (*e.g.,* seeking to exclude eight different categories of potential defense argument and evidence). (Dkt. 157.) The government's motion to exclude defense expert testimony is 40 pages (not including exhibits) and seeks to exclude, in whole or in part, the testimony of all five noticed defense experts, plus another potential defense witness. (Dkt. 159.) To have sufficient time to adequately respond to the government's motions, the defense needs two extra days.

    The government opposes this request due to "concerns about compressing our busy schedule of trial prep and additional pretrial disclosures. . ." But even if the deadline is continued, the government can mitigate its concern by filing on the original due date, if it wishes. That said, the government asks that if this Court grants Mr. Storm's request that it extend the deadline for it as well. The defense, of course, supports that request and always contemplated seeking a mutual extension.



Honorable Katherine Polk Failla<br>June 12, 2025<br>Page 2 of 2

      For all the above reasons, Mr. Storm respectfully requests a short continuance of the deadline for oppositions from June 16, 2025 to June 18, 2025.

Respectfully submitted,

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
WAYMAKER LLP

-and-

Davie E. Patton
Nicholas D. Pavlis
Hecker Fink LLP

*Attorneys for Roman Storm*