## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2025, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system.  All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

                                  */s/ Celeste Koeleveld*