AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Cr. 430 (KPF) |
| Roman Storm | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae: Paradigm Operations LP                                                                 .

Date:   06/13/2025                                                         /s/ Celeste Koeleveld
                                                                                   *Attorney's signature*

                                                                    Celeste L.M. Koeleveld, CK7786, 2332997
                                                                         *Printed name and bar number*
                                                                             Clifford Chance US LLP
                                                                              Two Manhattan West
                                                                                375 Ninth Avenue
                                                                              New York, NY 10001
                                                                                      *Address*

                                                                    celeste.koeleveld@cliffordchance.com
                                                                                 *E-mail address*

                                                                                (212) 878-3051
                                                                               *Telephone number*

                                                                                (212) 878-8375
                                                                                   *FAX number*