

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

June 18, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

*Via By ECF*

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **United States v. Roman Storm**
          **23 Cr. 430 (KPF)**

Dear Judge Failla:

    We write on behalf of our client Roman Storm regarding the government's proposed voir dire and jury instructions. (Dkts. 153, 156.) The defense objects to many of the government's proposals and requests that the Court adopt the jury instructions and voir dire submitted by defense. (Dkts. 152, 154) The defense will be prepared to address these filings at the Court's convenience, including at the final pretrial conference on July 8, 2025.

Respectfully submitted,

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
WAYMAKER LLP

-and-

Davie E. Patton
Nicholas D. Pavlis
Hecker Fink LLP

*Attorneys for Roman Storm*