UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　v.<br><br>ROMAN STORM, *et al.*,<br><br>　　　　*Defendants*. | Case No. 23 Cr. 430 (KPF)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Christopher Morel, an attorney duly admitted to practice in this Court, hereby enters his appearance on behalf of Defendant Roman Storm in the above-captioned action, and requests that all notices, filings, and other papers relating to this action be served upon him at the undersigned address.

Dated: June 20, 2025
　　　New York, New York

_____
Christopher Morel
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
cmorel@heckerfink.com

*Counsel for Defendant Roman Storm*