**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

ROMAN STORM, *et al.*,

Case No. (S1) 23 Cr. 430 (KPF)

Hon. Katherine Polk Failla



*Defendants.*

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 1.4, I, Nicholas D. Pavlis, respectfully move to withdraw my appearance as counsel for Defendant Roman Storm in this case. On June 27, 2025, I will depart from the law firm of Hecker Fink LLP. Because the remaining counsel of record at both Hecker Fink LLP and Waymaker LLP will continue to represent Mr. Storm in this case, my withdrawal will not prejudice Mr. Storm.

Dated: June 26, 2025
     New York, New York

Respectfully submitted,

*/s/ Nicholas D. Pavlis*

Nicholas D. Pavlis
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
npavlis@heckerfink.com

The Court wishes Mr. Pavlis the best in his future endeavors. The Clerk of Court is directed to terminate the pending motion at docket entry 180.

Dated:   June 27, 2025
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE