

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

July 7, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

<u>*Via By ECF*</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    **<u>United States v. Roman Storm</u>**
       **23 Cr. 430 (KPF)**

Dear Judge Failla:

On behalf of our client Roman Storm, we are submitting two exhibits to Mr. Storm's opposition to the government's motion to preclude defense experts (the "Opposition," Dkt. 187), which could not be submitted with the Opposition due to formatting issues.


Respectfully submitte**d,**

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
WAYMAKER LLP

-and-

Davie E. Patton
Christopher Morel
Hecker Fink LLP

*Attorneys for Roman Storm*