

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*38th Floor*
*New York, New York 10278*

July 12, 2025

**BY EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Roman Storm*, 23 Cr. 430 (KPF)**

Dear Judge Failla:

The Government respectfully writes to correct its letter dated July 11, 2025. In the letter, the Government represented that, in September 2023, it had produced to the defense the extracted versions of the chats that were received from Dutch law enforcement from the Pertsev phone, and that these are the same as the versions extracted by Special Agent Dickerman. However, in response to questions raised by defense counsel today, the Government re-reviewed the September 2023 production in the Government's Relativity database and discovered that the versions of these chats produced at that time were rendered as text files, and thus are not in the same format as the versions extracted by Special Agent Dickerman. Those text files contain the same issue as the HTML files that the Government initially received from the Dutch, in that they do not identify when a message was forwarded. Additionally, in reviewing the as-produced version from September 2023, the Government identified that the text file of the Bablo chat—the chat containing the message at issue—was not included in that production. Thus, the only version of the Bablo chat that was produced in September 2023 was the HTML version described in the Government's July 11 letter. The Government sincerely apologizes for this error.

As noted, the Government produced the versions of the chats it intends to offer at trial—those extracted directly by Special Agent Dickerman and which clearly indicate forwarded messages—in December 2024. That the Government had previously produced a different format of the messages that did not indicate forwarding simply has no bearing on the authenticity of the chats or their reliability. Nor does it change the fact that the defense possessed the version of the chats that the Government intends to use at trial for over seven months before raising this issue three days before trial. Accordingly, the Government respectfully requests that the Court deny the defendant's motion.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Ben Arad ______________________

Ben Arad
Thane Rehn
Benjamin A. Gianforti
Assistant United States Attorneys
(212) 637-6521
(212) 637-2490
(212) 637-2354

Kevin Mosley
Special Assistant United States Attorney