# Exhibit 5




## Extraction Report - Apple iOS Full File system

### Participants

207504596
 Alexey Pertsev (owner)
56181931
 Roman Storm (admin)
442191298
 TEST_ICO_BOT
910943062
 Tornado monitor
2526945
 Роман Семенов

### Conversation - Instant Messages (18)

> **From: 56181931 Roman Storm**
> I don't fucking like when we are getting shit on as if we are criminals of some sort.
> **Priority:** Normal
> **Platform:**
> 10/9/2020 6:50:45 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464143

> **From: 2526945 Роман Семенов [Roman Semenov]**
> But we have no way to forbid scammers from using the service.
> **Priority:** Normal
> **Platform:**
> 10/9/2020 6:52:36 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464237

> **From: 2526945 Роман Семенов [Roman Semenov]**
> What can be done is to attract more regular users.
> **Priority:** Normal
> **Platform:**
> 10/9/2020 6:53:21 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464310

Defense Exhibit
8794
S1 23 Cr. 403 (KPF)

1

**From:** 2526945 Роман Семенов [Roman Semenov]

Now all sorts of terrorists also use cash but no one calls the dollar a scam because of that.

**Priority:** Normal
**Platform:**

10/9/2020 6:53:48 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE4643F3

---

**From:** 56181931 Roman Storm

I understand all that, Roma… I am just concerned.

**Priority:** Normal
**Platform:**

10/9/2020 6:54:16 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464503

---

**From:** 56181931 Roman Storm

Fucking bZx wrote fucking bullshit about us too.

**Priority:** Normal
**Platform:**

10/9/2020 6:54:30 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE4645B5

---

**From:** 2526945 Роман Семенов [Roman Semenov]

Well, that's what I am saying. What can you do? We need v3 with a rollup—

**Priority:** Normal
**Platform:**

10/9/2020 6:54:40 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE46465F

---

**From:** 56181931 Roman Storm

It's unfortunate that people don't understand what we want to do.

**Priority:** Normal
**Platform:**

10/9/2020 6:54:48 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464717

**From:** 2526945 Роман Семенов [Roman Semenov]

—so that a large percentage of Ethereum users would be sitting in Tornado.

**Priority:** Normal
**Platform:**

10/9/2020 6:55:02 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE4647DC

**From:** 2526945 Роман Семенов [Roman Semenov]

Then it will already be "standard."

**Priority:** Normal
**Platform:**

10/9/2020 6:55:30 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE4648A0

↩ **Reply**

**From:** 56181931 Roman Storm

> **From:** 2526945 Роман Семенов [Roman Semenov]
>
> Well, that's what I am saying. What can you do? We need v3 with a rollup—
>
> **Priority:** Normal
> **Platform:**
>
> 10/9/2020 6:54:40 AM(UTC+0)

Yeah, I get scared seeing how there is 1,000,000 going a day.

**Priority:** Normal
**Platform:**
**Label:** Reply

10/9/2020 6:55:41 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE46493D

**From:** 2526945 Роман Семенов [Roman Semenov]

We'll release farming now and there will be more. )

**Priority:** Normal
**Platform:**

10/9/2020 6:56:15 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464A28

**From:** 2526945 Роман Семенов [Roman Semenov]

Tornado – it should be where many Ethereum users keep the dough by default.

**Priority:** Normal
**Platform:**

10/9/2020 6:57:37 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464AD9

**From:** 2526945 Роман Семенов [Roman Semenov]

It must be cheap and convenient for that.

**Priority:** Normal
**Platform:**

10/9/2020 6:57:47 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464BD4

**From:** 56181931 Roman Storm

I agree.

**Priority:** Normal
**Platform:**

10/9/2020 6:58:03 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464C7E

**From:** 56181931 Roman Storm

And legal

**Priority:** Normal
**Platform:**

10/9/2020 6:58:17 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464CF4

**From:** 56181931 Roman Storm

So that people wouldn't think that it's some kind of a damned mixer.

**Priority:** Normal
**Platform:**

10/9/2020 6:58:25 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464D6E

**From:** 56181931 Roman Storm

So that the reputation would be clean.

**Priority:** Normal
**Platform:**

10/9/2020 6:58:34 AM(UTC+0)

Source Info:
00008110-000875593EFA801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D80AD5EC-FCD8-4D98-9A17-E8615AFA87D5/telegram-data/account-7482650793975620888/postbox/db/db_sqlite : 0xEE464E2E