CtEx 31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ROMAN STORM,

Defendant.

23 Cr. 430 (KPF)

KATHERINE POLK FAILLA, District Judge:

*Please answer the following questions.  Do not write anything on this form except to check your responses and to sign and date the form.  Please indicate your verdicts with a check mark ( ✓ ).*

**COUNT ONE:   Conspiracy to Commit Money Laundering**

1. How do you find the Defendant, Roman Storm, with respect to Count One?

_____ NOT GUILTY        _____ GUILTY      Not Unanimous

**COUNT TWO:   Conspiracy to Operate an Unlicensed Money Transmitting Business**

2. How do you find the Defendant, Roman Storm, with respect to Count Two?

_____ NOT GUILTY        \_\_\_✓\_\_\_ GUILTY

**COUNT THREE:   Conspiracy to Violate the IEEPA**

3. How do you find the Defendant, Roman Storm, with respect to Count Three?

_____ NOT GUILTY        _____ GUILTY      Not Unanimous

*Each juror who agrees with this verdict must sign below:*



**Foreperson**

**Dated:** 8/6/25