

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

August 19, 2025

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

<u>*Via ECF*</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:   United States v. Storm, 23 Cr. 430 (KPF)**

Dear Judge Failla:

On behalf of our client, defendant Roman Storm, we write in response to the Court's order that the parties respond in writing to the July 29, 2025 letter motion filed by Matthew Russell Lee of Inner City Press.  (Dkt. 220.)  That motion requests that the Court unseal portions of the July 29, 2025 transcript reflecting "a discussion in open court about Tom Schmidt of Dragonfly, on the [*sic*] defense's witness list, and the Fifth Amendment."  (*Id*. at 1.)  Mr. Storm does not oppose the motion.

Respectfully submitted,

Brian E. Klein
Keri Curtis Axel
Becky S. James
Kevin M. Casey
Viviana Andazola Marquez
Waymaker LLP

-and-

David E. Patton
Christopher Morel
Hecker Fink LLP

*Attorneys for Roman Storm*