**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 10, 2025

By ECF

The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10007



Re:   **United States v. Roman Storm, 23 Cr. 430 (KPF)**

Dear Judge Failla,

　　Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

　　Thank you very much for the Court's consideration.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JAY CLAYTON
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By: /s/ Benjamin A. Gianforti
　　　　　　　　　　　　　　　　　Benjamin A. Gianforti
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Tel: (212) 637-2490

```
Application GRANTED.  The Court wishes Mr. Gianforti the best in
his future endeavors.

The Clerk of Court is directed to terminate Mr. Gianforti from
the docket.

Dated:    November 12, 2025         SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE