UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

UNITED STATES OF AMERICA,

v.

ROMAN STORM, *et al.*,

Defendants.

--------------------------------------------------------- X

Case No. 23 Cr. 430 (KPF)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alyssa Wright, an attorney at Cooley LLP, located at 55

Hudson Yards, New York, New York 10001, is a member in good standing of this Court, and

hereby enters her appearance as counsel of record on behalf of Defendant Roman Storm in the

above-captioned action.

Dated: April 8, 2026
      New York, New York

COOLEY LLP

By: _____
    Alyssa Wright

55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275
Email: alyssa.wright@cooley.com

*Attorney for Roman Storm*